ACCEPTED
03-17-00365-cv
21306984
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 4:57 PM
JEFFREY D. KYLE
CLERK



515 Congress Avenue, Suite 1900 | Austin, TX  78701

Phone 512.708.1000 | Fax 512.708.1002

www.beckredden.com

**AMANDA TAYLOR**
BOARD CERTIFIED • CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

ataylor@beckredden.com
Direct: (512) 900-3217

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 4:57:32 PM
JEFFREY D. KYLE
Clerk

December 14, 2017

RE:     *Cortez v. Brown, et. al.*, No. 03-17-00365-CV, in the Court of Appeals for the Third
        Judicial District of Texas, in Austin.

Jeffrey D. Kyle, Clerk                                    ***Via E-Filing***
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle:

        On December 13, 2017, Appellant in the above-referenced case filed a Response to
the Appellees' Motion to Dismiss for Want of Jurisdiction, and his counsel filed a Motion for
Leave to File an Amended Notice of Appeal.  The Appellees intend to file a Reply in support
of their Motion and a Response to the Motion on or before December 29, 2017.  Although
we would normally respond within 10 days, extra time is needed due to out-of-town travel
for the holidays beginning on December 15, and due to the complexity of issues raised and
volume of outside-of-the-record documents attached to Appellant's Response.

        Please provide a copy of this letter to the Honorable Justices of our assigned panel.
Should you have any questions, please do not hesitate to contact me.

                                        Sincerely,

                                        Amanda Taylor

AGT/jlv

CC:     Brian Thompson (*via email*)

        Aaron Boone (*via email*)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing letter has been electronically filed and served on all counsel below on December 14, 2017. *See* Tex. R. App. P. 9.2(c)(1), 9.5(b)(1).

BROTHERTON LAW FIRM
William J. Brotherton
Shawn M. Brotherton
2340 FM 407, Suite 200
Highland Village, TX 75077
william@brothertonlaw.com
shawn@brothertonlaw.com
972-317-0189 Fax

SUSAN VANCE LAW PLC
Susan S. Vance
201 W. 5th Street, Suite 1100
Austin, Texas 78701
susan@svancelaw.com
866-523-5449 Fax

*/s/ Amanda G. Taylor*
Amanda G. Taylor